# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CLARENCE EARL LASTER, | No. CV 09-5535-PSG (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| GARY SANDOR, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: December 7, 2010

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE